UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COOPRSTOWN PROPERTIES, LLC *and* COOPERSTOWN DREAMS PARK, INC.<br><br>Petitioners,<br><br>-v-<br><br>REDBIRD CAPITAL PARTNERS MANAGEMENT, LLC *et al.*<br><br>Respondents. | 26 Mc. 467 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Petitioners are plaintiffs in *Cooperstown Properties, LLC v. OneTeam Partners, LLC*, No. 25 Civ. 60 (N.D.N.Y. filed Jan. 13, 2025), a civil action currently pending before the United States District Court for the Northern District of New York.

On September 22, 2026, petitioners filed the above-captioned action in this Court and moved to (1) compel respondents RedBird Capital Partners Management, LLC ("RedBird"), Gerald Cardinale ("Cardinale"), Isaac Harrouche ("Harrouche"), David Blitzer ("Blitzer"), and Bolt Ventures I LLC ("Bolt") to produce certain documents claimed to be relevant to the Northern District litigation; and (2) file under seal documents appended to the motion to compel. Dkts. 1–9.

In their motion to compel, petitioners state that the Court "should" "alternatively" transfer the motion to the Northern District of New York. Dkt. 2 at 18. They represent that two of the respondents—RedBird and Cardinale—"have consented to transfer" provided that petitioners "are amenable to requesting a virtual appearance for any argument"; and that the remaining respondents—Bolt, Blitzer, and Harrouche—have yet to indicate their "position on

transfer." *Id.* at 1 n.2, 18. Petitioners, however, have not decided whether, if the motion is transferred, they would be amenable to virtual argument. *Id.* at 1 n.2. None of the respondents has entered an appearance in this Court.

Having considered petitioners' submissions, it is hereby ORDERED that petitioners' motion to file documents under seal, Dkt. 7, is granted.

It is further ORDERED that petitioners shall, by October 9, 2026, serve on all respondents the motion to compel and this Order and promptly file proof of service with this Court.

It is further ORDERED that petitioners shall, by October 9, 2026, advise the Court whether, if the Court transfers the motion to compel to the Northern District of New York, they would oppose any virtual argument and, if so, on what basis.

It is further ORDERED that, by October 16, 2026, respondents shall respond to petitioners' motion to compel. Each respondent shall include in its response whether it consents to transfer of the motion to the Northern District of New York. Any reply from petitioners' is due October 23, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 5, 2026
New York, New York